|   |   |   |
|---|---|---|
| 1 | Roya N. Graziano (CA State Bar No. 239259)<br>JONES DAY | O |
| 2 | 3 Park Plaza, Suite 1100<br>Irvine, California  92614 | |
| 3 | Tel:   (949) 851-3939 | |
| 4 | E-mail:     rgraziano@jonesday.com | ENTERED JS-6 |

Attorney for Defendant
Experian Information Solutions, Inc.
(erroneously sued as Experian Group, LTD.)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| RONALD J. HERISKO, | No. EDCV 07-00981- SGL (OPx) |
|---|---|
| Plaintiff, | **JUDGMENT ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| BANK OF AMERICA;<br>EXPERIAN GROUP, LTD., | **DATE:**   September 29, 2008<br>**TIME:**   10:00 a.m.<br>**DEPT:**   Courtroom 1 |
| Defendants. | **JUDGE:**   Hon. Stephen G. Larson |

Pursuant Rule 56 of the Federal Rules of Civil Procedure and Central District Local Civil Rule 56 and in connection with Bank of America's Motion for Summary Judgment, joined by Experian Information Solutions, Inc., against Plaintiff Ronald J. Herisko, which came on regularly for hearing before this Court on September 29, 2008.

After consideration of the Motion, related papers, and oral argument presented to the Court, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment be entered in favor of Defendants Bank of America and Experian Information Solutions, Inc., against Plaintiff Ronald J. Herisko on Plaintiff's claims pursuant to the Fair Credit Reporting Act, 15 U.S.C. §1681 et seq., and Plaintiff's claims for punitive damages.

It is further **ORDERED** that Defendants Bank of America and Experian Information Solutions, Inc., are **DISMISSED WITH PREJUDICE** from this action.

DATED:   October 06, 2008

*[signature]*

Hon. Stephen G. Larson
United States District Judge